# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Paul Holland, | ) | |
| --- | --- | --- |
| | ) | **ORDER (AMENDED) GRANTING** |
| Plaintiff, | ) | **DEFENDANT'S MOTION TO** |
| | ) | **CONTINUE DISCOVERY CUTOFF** |
| vs. | ) | **AND DISCOVERY MOTION** |
| | ) | **DEADLINE** |
| Petro-Hunt, LLC, | ) | |
| | ) | |
| Defendant. | ) | Case No: 1:15-cv-140 |
| | ) | |

Before the court is a "Motion to Continue Discovery Cutoff and Discovery Motion Deadline" filed by defendant on June 30, 2016. In its motion, defendant advises that opposing counsel was contacted and does not oppose extending discovery deadlines. Accordingly, the court **GRANTS** plaintiff's motion (Docket No. 18) and amends the pretrial deadlines as follows:

1. The parties shall have until August 8, 2016, to complete fact discovery and file discovery motions.

2. Plaintiff shall have until July 30, 2016, to make his expert disclosures.

3. Defendant shall have until September 15, 2016, to make its expert disclosures.

4. The parties shall have until October 14, 2016, to complete discovery depositions of expert witnesses.

**IT IS SO ORDERED.**

Dated this 1st day of July, 2016.

>          */s/ Charles S. Miller, Jr.*
>          Charles S. Miller, Jr., Magistrate Judge
>          United States District Court