# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Paul Holland, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Petro-Hunt, LLC, | ) | Case No. 1:15-cv-140 |
| | ) | |
| Defendant. | ) | |

On October 27, 2016, the parties filed a "Stipulation of Dismissal." The court **ADOPTS** the stipulation (Docket No. 21) and **DISMISSES** the above-entitled action with prejudice and without costs to either party.

**IT IS SO ORDERED.**

Dated this 28th day of October, 2016.

                                                  */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr., Magistrate Judge
                                                  United States District Court